NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**A. M.,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2022-2235

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-01157-TMD, Judge Thompson M. Dietz.

---

**O R D E R**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2                                                        A. M. v. US


ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


FOR THE COURT

June 6, 2023                           /s/ Jarrett B. Perlow
    Date                               Jarrett B. Perlow
                                       Acting Clerk of Court


**ISSUED AS A MANDATE:** June 6, 2023